**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1**

**SILLS CUMMIS & GROSS P.C.**
Andrew H. Sherman, Esq.
Boris Mankovetskiy, Esq.
Gregory A. Kopacz, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
E-mail: asherman@sillscummis.com
bmankovetskiy@sillscummis.com
gkopacz@sillscummis.com

-and-

**HERBERT SMITH FREEHILLS KRAMER (US) LLP**
Amy Caton, Esq. (*pro hac vice* pending)
Douglas Buckley, Esq. (*pro hac vice* pending)
Benjamin S. Sieck, Esq. (*pro hac vice* pending)
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
E-mail: amy.caton@hsfkramer.com
douglas.buckley@hsfkramer.com
benjamin.sieck@hsfkramer.com

*Counsel to Mutual Fund Group*

| | |
|---|---|
| In re: | Chapter 11 |
| FIHPNP LLC, *et al.*, | Case No. 26-20876 (MEH) |
| Debtors.[1] | (Joint Administration Requested) |

**NOTICE OF APPEARANCE AND**
**<u>REQUEST FOR SERVICE OF NOTICES AND PAPERS</u>**

[1] A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Brightline. The location of Debtor FIHPNP LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 350 NW 1st Ave, Suite 200, Miami, FL 33128.

**PLEASE TAKE NOTICE** that in accordance with Fed. R. Bankr. P. 2002, 9007, and 9010(b), the undersigned enters an appearance on behalf of the ad hoc group of mutual fund bondholders (the "Mutual Fund Group"). Request is made that all documents filed in this case be served on the undersigned at the following address:

**SILLS CUMMIS & GROSS P.C.**
Andrew H. Sherman, Esq.
Boris Mankovetskiy, Esq.
Gregory A. Kopacz, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
E-mail: asherman@sillscummis.com
bmankovetskiy@sillscummis.com
gkopacz@sillscummis.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, all notices and papers referred to in the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, and the Local Rules of the United States Bankruptcy Court District of New Jersey, and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to these cases and any proceedings therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telex or otherwise, all of which shall be sent to the attorneys listed above.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Notices and Papers, nor any later appearance, pleading, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a judge of the United States District Court, (ii) the right to trial by jury in any proceeding related to this proceeding, (iii) the right to have the United States District Court

withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the United States District Court, (v) any objection to the jurisdiction of this Court for any purpose other than with respect to this notice, (vi) any election of remedy, or (vii) any other rights, claims, actions or defenses as appropriate, in law or in equity, all of which rights, claims, actions and defenses are expressly reserved.

Dated: September 25, 2026

*/s/ Boris Mankovetskiy, Esq*
**SILLS CUMMIS & GROSS P.C.**
Andrew H. Sherman, Esq.
Boris Mankovetskiy, Esq.
Gregory A. Kopacz, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Email: asherman@sillscummis.com
bmankovetskiy@sillscummis.com
gkopacz@sillscummis.com

-and-

**HERBERT SMITH FREEHILLS KRAMER (US) LLP**
Amy Caton, Esq. (*pro hac vice* pending)
Douglas Buckley, Esq. (*pro hac vice* pending)
Benjamin S. Sieck, Esq. (*pro hac vice* pending)
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
E-mail: amy.caton@hsfkramer.com
douglas.buckley@hsfkramer.com
benjamin.sieck@hsfkramer.com

*Counsel to Mutual Fund Group*